# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**DOMINIQUE POLLARD,**
*Individually and on behalf of all others similarly situated*,

**Plaintiff,**

**v.** **Case No: 6:26-cv-102-CEM-DCI**

**DECA DENTAL MANAGEMENT, LLC,**
*doing business as* DECA Dental Group,

**Defendant.**

---

## REPORT AND RECOMMENDATION

The parties have filed their Case Management Report (CMR) and have set forth the proposed deadlines for this case. Doc. 23. On April 16, 2026, the undersigned conducted a hearing on the parties' request for a preliminary pretrial conference to discuss (1) Defendant's request to stay discovery pending ruling on Defendant's forthcoming dispositive motion to dismiss; and (2) Defendant's alternative request to bifurcate class and merit discovery should Defendant's forthcoming motion to dismiss be denied or denied in part. *See* Doc. 23 at 4.

For the reasons stated at the hearing, the undersigned **RECOMMENDS** that the Court:

1. Defer ruling on the request to stay discovery until after Defendant files (a) the forthcoming motion to dismiss and (b) a motion to stay discovery in compliance with the Federal Rules of Civil Procedure and the Local Rule;
2. Adopt the following proposed deadlines, which are based on the CMR and discussion at the hearing related to class certification and discovery:

| **Event** | **Deadline** |
|---|---|
| Deadline for providing mandatory initial disclosures. *See* Fed.R.Civ.P. 26(a)(1) | April 6, 2026 |
| Deadline for moving to join a party, *see* Fed.R.Civ.P. 14, 19, and 20, or amend the pleadings, *see* Fed.R.Civ.P. 15(a). | April 20, 2026[1] |
| Deadline for participating in mediation. *See* Local Rules, ch.4. | October 29, 2026 |
| Deadline for serving class expert disclosures and reports | |
| Plaintiff | January 11, 2027 |
| Defendant | February 11, 2027 |
| Rebuttal | March 11, 2027 |
| Deadline for moving for class certification, if applicable. *See* Fed.R.Civ.P. 23(c). | April 29, 2027 |
| Deadline for Defendant to oppose class certification. | May 20, 2027 |
| Deadline for Plaintiff's reply in support of class certification. | June 3, 2027 |
| Deadline for serving merits expert disclosures and reports | |
| Plaintiff | August 28, 2027 |
| Defendant | September 28, 2027 |
| Rebuttal | October 28, 2027 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed.R.Civ.P. 37; *Middle District Discovery* (2021). | November 29, 2027 |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed.R.Civ.P. 56. (Must be at least five months before requested trial date.) | December 29, 2027 |
| Date for the final pretrial meeting. *See* Local Rule 3.06(a). | May 1, 2028 |

[1] The April 6, 2026 and April 20, 2026 proposed deadlines will have passed when this report becomes ripe, but the undersigned includes the deadlines per the CMR.

| | |
|---|---|
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | May 8, 2028 |
| Date of the final pretrial conference. *See* Fed.R.Civ.P. 16(e); Local Rule 3.06(b). | May 18, 2028<br>10:00am |
| Month and year of the trial term. | June 2028 |

3. Direct the parties to provide the mediator's name, address, and phone number to the Court by a date certain.[2]

**NOTICE TO PARTIES**

The party has fourteen days from the date the party is served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1)(C). A party's failure to serve and file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636(b)(1).

RECOMMENDED in Orlando, Florida on April 17, 2026.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

[2] The Court's form Uniform Case Management Report provides a space for the parties to include the mediator's name, address, and phone number, but the parties have not included that information in the CMR.