IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DOMINIQUE POLLARD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DECA DENTAL MANAGEMENT, LLC d/b/a DECA DENTAL GROUP,<br><br>Defendant. | Case No. 6:26-cv-00102<br><br>Defendant's Motion to Dismiss the Putative Class Action Complaint, or in the Alternative, Motion to Strike the Putative Class Allegations |

**DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS (AND, IN THE ALTERNATIVE, MOTION TO STRIKE CLASS ALLEGATIONS)**

Defendant, Deca Dental Management, LLC d/b/a Deca Dental Group ("Defendant"), respectfully moves for leave to file a short reply in support of its Motion to Dismiss and, in the Alternative, Motion to Strike Class Allegations in response to Plaintiff's opposition, and states as follows:

1. Defendant seeks leave under Local Rule 3.01(d) because a reply is permitted only with leave of Court. A short reply, not to exceed 7 pages, will address specific arguments and mischaracterizations in Plaintiff's opposition and will aid the Court's resolution of the pending motion without prejudice to Plaintiff and with minimal, if any, delay.

2. A short reply will assist the Court by: (a) responding to new arguments and characterizations in the opposition concerning standing and traceability; (b) addressing points regarding the sufficiency of Plaintiff's allegations under the asserted causes of action; and (c) clarifying why striking class allegations at the pleadings stage would be proper or, at minimum, why the issues presented by the class definitions can and should be addressed now. The reply will avoid repetition and focus solely on matters raised in the opposition.

3. Defendant respectfully requests leave to file a reply not to exceed 7 pages and to file the reply within 10 days of the Court's order granting this motion.

Respectfully submitted this 29th day of May 2026.

**WOOD, SMITH, HENNING & BERMAN LLP**

By: */s/ Sander R. Weiner*
Sander R. Weiner
Christopher J. Seusing *(pro hac vice forthcoming)*
Sean V. Patel (*pro hac vice forthcoming*)
1501 S. Church Avenue, Suite 200
Tampa, Florida 33629
Tel: (813) 422-6910
Fax: (813) 425-6983
Email: sweiner@wshblaw.com

## LOCAL RULE 3.01(g) CONFERRAL STATEMENT

Pursuant to Local Rule 3.01(g), undersigned counsel attempted to confer with Plaintiff's counsel regarding the relief requested in this motion, but as of the time of filing, has not yet received a response. Defendant will promptly update the Court if Plaintiff's position is provided.

## CERTIFICATE OF SERVICE

I hereby certify that on this this 29th day of May 2026, I presented the foregoing, **Defendant's Motion for Leave to File Reply in Support of its Motion To Dismiss and in the Alternative, Motion to Strike Class Allegations** by filing and uploading to the CM/ECF system which will send notification of the filing to the following:

All Parties/Counsel of Record

*/s/ Sander R. Weiner*

**SANDER R. WEINER, ESQ.**