UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DOMINIQUE POLLARD,**

      **Plaintiff,**

**v.**                                                                  **Case No. 6:26-cv-102-CEM-DCI**

**DECA DENTAL MANAGEMENT,
LLC,**

      **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on the parties' Case Management Report (Doc. 23). The United States Magistrate Judge issued a Report and Recommendation ("R&R," Doc. 36), recommending that the Court defer ruling on the request to stay discovery until after Defendant files (a) motion to dismiss and (b) a motion to stay discovery in compliance with the Federal Rules of Civil Procedure and the Local Rules; adopt proposed deadlines based on the CMR and discussion at the hearing; and direct the parties to provide the mediator's name, address, and phone number to the Court by a date certain.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 36) is **ADOPTED** and made a part of this Order.

2. The Court defers ruling on the request to stay discovery until after Defendant files (a) motion to dismiss and (b) a motion to stay discovery in compliance with the Federal Rules of Civil Procedure and the Local Rules.

3. The deadlines outlined in the Report and Recommendation are adopted by reference herein.

4. On or before July 29, 2026, the parties shall provide the mediator's name, address, and phone number to the Court.

**DONE** and **ORDERED** in Orlando, Florida on July 8, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record