**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| DOMINIQUE POLLARD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>DECA DENTAL MANAGEMENT, LLC d/b/a DECA DENTAL GROUP,<br><br>Defendant. | Case No. 6:26-cv-00102-CEM-DCI<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

# PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Dominique Pollard ("Plaintiff") respectfully submits this Notice of Supplemental Authority regarding Defendant DECA Dental Management d/b/a DECA Dental Group's ("Defendant") pending motion to dismiss. *See* ECF No. 37. Plaintiff brings to the Court's attention a recent Order entered on July 24, 2026, by Judge Otis D. Wright, II in *Brayfield v. Advanced Hair Restoration LLC*, No. 2:25-cv-11547 (C.D. Cal. July 24, 2026) (ECF No. 24), attached hereto as **Exhibit 1**.

In *Brayfield*, the court held that the plaintiff adequately alleged Article III standing based on the defendant's disclosure of the plaintiff's identity and interest in a medical consultation to third parties using website tracking technology, notwithstanding the court's separate dismissal of the complaint on statute-of-limitations grounds.

Dated: July 30, 2026

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: *\/s/ Stephen A. Beck*
Stephen A. Beck

Stephen A. Beck
Sarah N. Westcot
Lauren A. VanHemel
701 Brickell Avenue, Suite 2100
Miami, FL 33133
Telephone: (305) 330-5512
Facsimile: (305) 679-9006

Email: sbeck@bursor.com
swestcot@bursor.com
lvanhemel@bursor.com

*Counsel for Plaintiff*