IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DOMINIQUE POLLARD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DECA DENTAL MANAGEMENT, LLC d/b/a DECA DENTAL GROUP,<br><br>Defendant. | Case No. 6:26-cv-00102<br><br>DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to Local Rule 3.01(j), Defendant DECA Dental Management, LLC d/b/a DECA Dental Group respectfully submits the following supplemental authority in support of its pending Motion to Dismiss (ECF No. 37):

1. **Citation of authority:** *Straight v. Edfinancial Services, LLC*, No. 26-cv-01807-JSC, 2026 WL 2087412 (N.D. Cal. July 20, 2026).

2. **Issue supplemented:** This authority supplements Defendant's argument that Plaintiff fails to allege an injury in fact sufficient to confer Article III standing because the Complaint does not allege that Plaintiff's own specific information was disclosed to a third party. *See* Defendant's Motion to Dismiss, ECF

No. 37, § IV.B, at 6-9 (PageID 120-123); Defendant's Reply, ECF No. 49, at 2-3 (PageID 192-193).

3. **Succinct quotation:** "Plaintiff has failed to plausibly allege an injury in fact sufficient to confer Article III standing." *Straight*, 2026 WL 2087412, at *1.

RESPECTFULLY submitted this 31st day of July, 2026.

**WOOD, SMITH, HENNING & BERMAN LLP**

By: */s/ Christopher J. Seusing*
Christopher J. Seusing *(Admitted Pro Hac Vice)*
Sander R. Weiner
1501 S. Church Avenue, Suite 200
Tampa, Florida 33629
Tel: (813) 422-6910
Fax: (813) 425-6983
Email: cseusing@wshblaw.com
sweiner@wshblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July, 2026, I presented the foregoing, **DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY,** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of the filing to the following:

All Parties/Counsel of Record

*/s/ Christopher J. Seusing*